# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| GUILLERMO CAMARILLORAZO, | ) |
| | ) |
| *Plaintiff-Appellee*, | ) |
| | ) |
| v. | ) No. 23-10262 |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| *Defendants-Appellants*. | ) |
| | ) |

# DEFENDANTS-APPELLANTS'
# MOTION TO HOLD APPEAL IN ABEYANCE

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellants 3M Company, 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC hereby certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- 3M Company (MMM) – Defendant-Appellant

- 3M Occupational Safety LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Holdings LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Intermediate LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Technologies LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

CIP-1 of 10

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Aearo, LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Albanis, Panagiotis V. – counsel for Plaintiff-Appellee

- Aylstock Witkin Kreis & Overholtz – counsel for Plaintiff-Appellee

- Aylstock, Bryan Frederick – counsel for Plaintiff-Appellee

- Barr, Brian H. – counsel for MDL Plaintiffs

- Beall, Charles Franklin, Jr. – counsel for Defendants-Appellants

- Benton, Diana Clough – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Bhimani, Jay L. – counsel for Defendants-Appellants

- Bouk, Winston Troy – counsel for MDL Plaintiffs

- Bradley Arant Boult Cummings – counsel for Defendant-Appellant 3M Company

- Branscome, Kimberly O. – counsel for Defendants-Appellants

- Brock, Robert C. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Buchanan, David R. – counsel for MDL Plaintiffs

- Burns, Michael A. – counsel for MDL Plaintiffs

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Buxner, Evan D. – counsel for MDL Plaintiffs

- Camarillorazo, Guillermo – Plaintiff-Appellee

- Cantero, Raoul G. – counsel for Defendant-Appellant 3M Company

- Carter, Cole T. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Cartmell, Thomas P. – counsel for MDL Plaintiffs

- Castiglia, Craig – counsel for Defendants-Appellants

- Ciresi Conlin LLP – counsel for MDL Plaintiffs

- Clark Love & Hutson – counsel for Plaintiff-Appellee

- Clement, Paul D. – counsel for Defendants-Appellants

- Clement & Murphy, PLLC – counsel for Defendants-Appellants

- Cornell, Katherine Lindsey – counsel for Plaintiff-Appellee

- Czak, Steven C. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Dechert LLP – counsel for Defendants-Appellants

- De Paulo, Tabitha J. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Elizabeth, Sierra – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Ellis, Robert P. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Esfandiarifard, Saghar – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- French, Yates M. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Glass, David M. – counsel for the United States of America

- Gori Julian & Associates – counsel for MDL Plaintiffs

- Gunderson, Karl B. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Hicks, George – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Hill, Thomas Larry – counsel for Defendants-Appellants

- Hodge, Leigh Anne – counsel for Defendant-Appellant 3M Company

- Hoekstra, Jennifer M. – counsel for Plaintiff-Appellee

- Hutson, Shelley Van Natter – counsel for Plaintiff-Appellee

- Jones, Hon. Gary R. – U.S. Magistrate Judge for the Northern District of Florida

- Karis, Hariklia – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Kelly, Maxwell H. – counsel for MDL Plaintiffs

- Kim, Mary H. – counsel for Defendants-Appellants

- Kirkland & Ellis LLP – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Kolsky, Joshua M. – counsel for the United States of America

- Krottinger, Katharine – counsel for Plaintiff-Appellee

- Laminack Pirtle & Martines – counsel for Plaintiff-Appellee

- Lauria, Jessica C. – counsel for Defendant-Appellant 3M Company

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Leach, Garret A. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Leuthauser, Nolan M. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Levin Papantonio Rafferty – counsel for MDL Plaintiffs

- Marlowe, Emily – counsel for Plaintiff-Appellee

- Martines, Buffy K. – counsel for Plaintiff-Appellee

- Mitchell, Kasdin Miller – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Monsour, Douglas C. – counsel for Plaintiff-Appellee

- Monsour Law Firm. – counsel for Plaintiff-Appellee

- Morriss, F. Chadwick – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Morgan & Morgan – counsel for Plaintiff-Appellee

- Mostyn Law – counsel for MDL Plaintiffs

- Moore Hill & Westmoreland – counsel for Defendants-Appellants

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Murphy, Erin E. – counsel for Defendants-Appellants

- Neglia, Ashley E. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Nomellini, Mark J. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Onder Law LLC – counsel for MDL Plaintiffs

- Ozurovich, Allison K. – counsel for Defendants-Appellants

- Pennock, Paul J. – counsel for Plaintiff-Appellee

- Pirtle, Thomas W. – counsel for Plaintiff-Appellee

- Pulaski Law Firm – counsel for MDL Plaintiffs

- Quinn Emanuel Urquhart & Sullivan LLP – counsel for MDL Plaintiffs

- Rafferty, Troy Alan – counsel for MDL Plaintiffs

- Rivera, Maria P. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Rodgers, Hon. M. Casey – U.S. District Judge for the Northern District of Florida

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- Rogers, Brenton A. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Sacchet, Michael A. – counsel for MDL Plaintiffs

- Sedgh, Jonathan M. – counsel for Plaintiff-Appellee

- Seeger, Christopher A. – counsel for MDL Plaintiffs

- Seeger Weiss LLP – counsel for MDL Plaintiffs

- Siegal, Julie M.K. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Smith, Renee D. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

- Steinberg, Matthew P. – counsel for Defendants-Appellants

- Tam, Jonathan S. – counsel for Defendants-Appellants

- Van Fleteren, Haley J. – counsel for Defendants-Appellants

- Wagstaff & Cartmell – counsel for MDL Plaintiffs

- Wasdin, Nicholas F. – counsel for Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC

No. 23-10262, *Camarillorazo v. 3M Company, et al.*

- White & Case – counsel for Defendant-Appellant 3M Company

- Wilson, Quinn Robert – counsel for MDL Plaintiffs

- Zanello, Lindsay N.  – counsel for Defendants-Appellants

Defendant-Appellant 3M Company states that it is a corporation whose shares are publicly traded (NYSE: **MMM**).  3M Company does not have a parent corporation and no publicly held corporation owns 10% or more of 3M's stock.

Defendants-Appellants 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC state that they are wholly owned subsidiaries of Defendant-Appellant 3M Company.


Respectfully submitted,

s/Paul D. Clement
Paul D. Clement

## DEFENDANTS-APPELLANTS'
## MOTION TO HOLD APPEAL IN ABEYANCE

This is the eighth in a series of appeals from bellwether trials in the multi-district litigation concerning the Combat Arms earplugs. *See Estes v. 3M Co., et al.*, No. 21-13135 (11th Cir.); *Hacker v. 3M Co., et al.*, No. 21-13133 (11th Cir.); *Keefer v. 3M Co., et al.*, No. 21-13131 (11th Cir.); *Baker v. 3M Co., et al.*, No. 21-12517-GG (11th Cir.); *Adkins v. 3M Co., et al.*, No. 22-12812 (11th Cir.); *Wilkerson v. 3M Co., et al.*, No. 21-12719 (11th Cir.); *Vilsmeyer v. 3M Co., et al.*, No. 22-13895 (11th Cir.).

In the prior seven appeals, Appellants have raised a broad array of legal and evidentiary errors that systematically plagued the bellwether trials and require reversal. At least nine of those issues were present in the trial that is the subject of this appeal (*Camarillorazo*). These issues, many of which have now been raised in multiple briefs, include the district court's grant of summary judgment to the MDL plaintiffs on the government-contractor defense as applied to both design-defect and failure-to-warn claims; the holding that the Combat Arms earplugs are not subject to the Noise Control Act's combat-use exemption; the grant of summary judgment to Camarillorazo on the sophisticated-intermediary defense; the denial of Appellants' motion for judgment of a matter of law for lack of evidence of causation and, with respect to the fraud claims, for lack of evidence of reliance; the decision to exclude relevant testimony from individuals who tested the Combat Arms earplugs in an

1

independent lab; and the decision to admit a host of irrelevant and prejudicial evidence, much of which is hearsay.

This Court has not yet resolved any of the prior bellwether appeals, but the first four appeals—*Estes*, *Hacker*, and *Keefer* (which have been consolidated) and *Baker*—are fully briefed and will be argued together on May 1, 2023. A decision in those appeals will resolve many of the issues relevant to this appeal (*Camarillorazo*), including the application of the government-contractor defense, the proper interpretation of the Noise Control Act's combat-use exemption, and four independent evidentiary issues that have arisen in every bellwether trial.

The "general principle" observed by the federal courts is "to avoid duplicative litigation," and courts "are afforded broad discretion in determining whether to stay … litigation in order to avoid duplicating a proceeding." *Georgia ex rel. Olens v. McCarthy*, 833 F.3d 1317, 1321 (11th Cir. 2016). There is no reason for the parties to this appeal to expend resources briefing arguments that have already been pending in this Court for months in other appeals arising from the same multi-district litigation, and that will be decided well before the Court reaches a decision in this case. Because the Court's resolution of the *Estes*, *Hacker*, *Keefer*, and *Baker* appeals will either dictate the outcome of this appeal or very substantially narrow its scope, the best course is to hold the appeal in abeyance and suspend the briefing schedule until the Court has issued its decision in those cases.

Appellants have conferred with counsel for Camarillorazo, who has stated that he opposes this motion.

WHEREFORE, Appellants respectfully request that the Court hold this appeal in abeyance and suspend the briefing schedule until the Court's resolution of the *Estes*, *Hacker*, *Keefer*, and *Baker* appeals currently scheduled for oral argument on May 1, 2023.  Because Appellants' opening brief in this appeal is currently due on April 7, 2023, Appellants respectfully request the Court's prompt resolution of this motion.

Respectfully submitted,

/s/Paul D. Clement

| | |
|---|---|
| GEORGE W. HICKS, JR. | PAUL D. CLEMENT |
| KASDIN M. MITCHELL |   *Counsel of Record* |
| KIRKLAND & ELLIS LLP | CLEMENT & MURPHY, PLLC |
| 1301 Pennsylvania Avenue, NW | 706 Duke Street |
| Washington, DC 20004 | Alexandria, VA 22314 |
| (202) 389-5000 | (202) 742-8900 |
| | paul.clement@clementmurphy.com |

COLE CARTER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Counsel for Defendants-Appellants*

March 17, 2023

3

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 580 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

March 17, 2023

<u>s/Paul D. Clement</u>
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Paul D. Clement</u>
Paul D. Clement