IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-10262-AA

_____

GUILLERMO CAMARILLORAZO,

                              Plaintiff - Appellee,

versus

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC,
AEARO TECHNOLOGIES LLC,

                              Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

Appellants' motion to hold appeal in abeyance pending resolution of the consolidated cases 21-12517, et al is GRANTED.

Appellant's brief is due (30) days from a decision in 21-12517, et al, with the appendix due (7) days from the filing of the appellants' brief.

                                                                     /s/ Charles R. Wilson
                                                        UNITED STATES CIRCUIT JUDGE